# Third District Court of Appeal

## State of Florida

Opinion filed September 4, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0540
Lower Tribunal No. 18-007053-CA-01

_____

## Universal Handicraft, Inc., and Shay Segev,
Petitioners,

vs.

## Tziyona Cohen,
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Fuerst Ittleman David & Joseph, and Jeffrey J. Molinaro, Miguel J. Chamorro, and Christopher M. David, for petitioner Shay Segev; Lewis Brisbois Bisgaard & Smith LLP, and Jeffrey R. Geldens, Jay W. Pearlman, and Spencer M. Mayer, for petitioner Universal Handicraft, Inc.

Thomas Butler, P.A., and Thomas J. Butler, for respondent.

Before LOGUE, C.J., and EMAS and MILLER, JJ.

LOGUE, C.J.

The petition is dismissed for failure to establish the first, and

jurisdictional, requirement for certiorari, namely that the order under review

will cause material and irreparable injury that cannot be corrected on appeal. Schaeffer v. Medic, 49 Fla. L. Weekly D1438 (Fla. 3d DCA July 10, 2024). See also Damsky v. Univ. of Miami, 152 So. 3d 789, 792 (Fla. 3d DCA 2014) ("Unless the petitioner establishes irreparable harm, the court must dismiss the petition for lack of jurisdiction."); Stockinger v. Zeilberger, 152 So. 3d 71, 73 (Fla. 3d DCA 2014) ("The establishment of irreparable harm is a condition precedent to invoking certiorari jurisdiction.").